**LAW OFFICE OF PETER A. ROMERO**

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

May 17, 2022

<u>VIA ECF</u>
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Richard Perez v. Bailey Seafood Market & Restaurant Corp., et al.*
            <u>Docket No.:</u> ~~20-cv-10643 (AT)~~
                      21 Civ. 8810 (JPC)

Dear Judge Torres:

      This firm represents Defendants Bailey Seafood Market & Restaurant Corp., Irene Jimenez and Christian Jimenez in this matter brought by Plaintiff Richard Perez, who alleges claims under the Fair Labor Standards Act and New York Labor Law. The Court entered an ordered setting Defendants' deadline to submit an Answer or otherwise move with respect to Plaintiff's Complaint for May 20, 2022. Defendants are continuing to gather documents and information necessary to investigate the allegations in and to appropriately respond to Plaintiff's Complaint. Defendants are expecting to have these necessary documents within the next week. Once obtained, Defendants will require time to prepare an Answer or motion with respect to the Complaint. Accordingly, Defendants request, with Plaintiff's consent, a two-week extension of time from May 20, 2022 until June 3, 2022 to serve their Answer or otherwise move with respect to the Complaint. Defendants made one prior request for an extension of this deadline, which was granted.

      We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      /S/ David D. Barnhorn, Esq.
                                    DAVID D. BARNHORN, ESQ.

C: All Counsel of Record *via* ECF

This request is granted. The Defendants shall respond to the Complaint by June 3, 2022.

SO ORDERED.
Date: May 18, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

LAW OFFICE OF PETER A. ROMERO PLLC • LABOR AND EMPLOYMENT LITIGATION
490 Wheeler Road, Suite 250, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com