**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RICHARD PEREZ, *individually and on behalf of others similarly situated,*

      *Plaintiff*,

  -against-

BAILEY SEAFOOD MARKET & RESTAURANT CORP. (D/B/A BAILEY SEAFOOD KUCHIFRITO RESTAURANT), IRENE JIMENEZ, and CHRISTIAN JIMENEZ,

      *Defendants.*
-------------------------------------------------------X

**Case**: 21-cv-08810-JPC

**JUDGMENT**

  On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

  NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, RICHARD PEREZ, have judgment against BAILEY SEAFOOD MARKET & RESTAURANT CORP. (D/B/A BAILEY SEAFOOD KUCHIFRITO RESTAURANT), IRENE JIMENEZ, and CHRISTIAN JIMENEZ (collectively "Defendants"), jointly and severally, in the amount of $12,000 (Twelve Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_

            SO ORDERED,

            _____
            Hon. John P. Cronan
            United States District Judge