UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICHARD PEREZ, *individually and on behalf of others similarly situated,*

              *Plaintiff*,

-against-

BAILEY SEAFOOD MARKET & RESTAURANT CORP. (D/B/A BAILEY SEAFOOD KUCHIFRITO RESTAURANT), IRENE JIMENEZ, and CHRISTIAN JIMENEZ,

              *Defendants.*
------------------------------------------------------X

**Case**: 21-cv-08810-JPC

**JUDGMENT**

On October 28, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, RICHARD PEREZ, have judgment against BAILEY SEAFOOD MARKET & RESTAURANT CORP. (D/B/A BAILEY SEAFOOD KUCHIFRITO RESTAURANT), IRENE JIMENEZ, and CHRISTIAN JIMENEZ (collectively "Defendants"), jointly and severally, in the amount of $12,000 (Twelve Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: November 3, 2022
New York, New York

SO ORDERED,

_____
Hon. John P. Cronan
United States District Judge